# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUDOLPH HENRY et al.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **NO. 09-1584** |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | |

### DEFENDANT THE CITY OF PHILADELPHIA'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant, the City of Philadelphia, by and through the undersigned counsel, hereby responds to Plaintiff's Complaint as follows:

## PARTIES

1. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Upon information and belief, admitted.

4. Upon information and belief, admitted.

5. Admitted.

6. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

7. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

8. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

9. Upon information and belief, admitted.

10. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

## ALLEGED FACTUAL BACKGROUND

11. Upon information and belief, admitted.

12. Upon information and belief, admitted.

13. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

14. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

15. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

16. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

17. Denied. Answering Defendant is without sufficient knowledge or information to

form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

      18.      Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

      19.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

      20.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

      21.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

      22.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

      23.      Admitted.

      24.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

      25.      Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this

matter.

26. Upon information and belief, admitted.

27. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

28. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

29. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

30. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

31. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph. Strict proof thereof is demanded at the arbitration or trial of this matter.

32. Upon information and belief, admitted.

33. Upon information and belief, admitted.

34. Upon information and belief, admitted.

35. Upon information and belief, admitted.

36. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this

matter

      37.    Upon information and belief, admitted.

      38.    Upon information and belief, admitted.

      39.    Upon information and belief, admitted.

      40.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

      41.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

      42.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

      43.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

      44.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

## COUNT I

      45.    Answering Defendant incorporates by reference their answers to paragraphs 1-44, inclusive, as though fully set forth herein.

      46.    Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   47.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   48.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   49.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   50.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   51.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   52.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

   53.  Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT II

54. Answering Defendant incorporates by reference their answers to paragraphs 1-53, inclusive, as though fully set forth herein.

55. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

56. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

57. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

58. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT III

59. Answering Defendant incorporates by reference their answers to paragraphs 1-58,

inclusive, as though fully set forth herein.

60. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

61. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

62. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

63. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

64. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

65. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

66. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

67. Denied. This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT IV

68.	Answering Defendant incorporates by reference their answers to paragraphs1-67, inclusive, as though fully set forth herein.

69.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

70.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

71.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT V

72.	Answering Defendant incorporates by reference their answers to paragraphs1-71, inclusive, as though fully set forth herein.

73. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

74. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter

75. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter

76. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

77. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter

78. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter

79. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter

80. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this

matter

81.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

82.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

83.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

### COUNT VI

84.     Answering Defendant incorporates by reference their answers to paragraphs 1-83, inclusive, as though fully set forth herein.

85.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

86.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

87.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response. Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

Date: _____                                             _____mvm6856
                                                                                                 **MARK V. MAGUIRE**
                                                                                                 Assistant City Solicitor
                                                                                                 14th Floor, One Parkway Building
                                                                                                 1515 Arch Street
                                                                                                 Philadelphia, PA  19102-5397

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Answering defendant assert all of the defenses, immunities, and limitations of damages available to him under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto.  Act of Oct 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. § 8541 et seq.

## THIRD AFFIRMATIVE DEFENSE

Answering Defendant is immune from liability under the doctrine of qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff has suffered no legally cognizable injury, harm, loss, or damage upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, insofar as Answering Defendant's purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendant has acted in a reasonable, proper, and lawful manner.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

**WHEREFORE**, answering Defendant denies that he is liable upon all causes of action declared upon and demand judgment in his favor, plus interest and costs.

Date: _____                                  _____ mvm6856
                                                       **MARK V. MAGUIRE**
                                                       Assistant City Solicitor
                                                       14th Floor, One Parkway Building
                                                       1515 Arch Street
                                                       Philadelphia, PA  19102-5397

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUDOLPH HENRY et al.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **NO. 09-1584** |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I do hereby certify that service of a true and correct copy of defendant's Answer with Affirmative Defenses was filed via ECF, and is available for viewing and downloading via the Court's ECF system.

Sidney L. Gold, Esquire
Eleven Penn Center
1835 Market Street, Suite 515
Philadelphia, PA 19103

Date: _____                               _____ mvm6856
                                                    **MARK V. MAGUIRE**
                                                    Assistant City Solicitor
                                                    14th Floor, One Parkway Building
                                                    1515 Arch Street
                                                    Philadelphia, PA  19102-5397