IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUDOLPH HENRY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 09-1584 |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of December, 2010, upon consideration of Plaintiffs' Motion for Reconsideration of Order Granting Partial Summary Judgment and the memorandum of law in support thereof (Doc. No. 50), **IT IS HEREBY ORDERED THAT** the motion for reconsideration is **DENIED** for the reasons set forth in the memorandum opinion filed this date.

**IT IS FURTHER ORDERED THAT** a telephone status conference will be held on **Thursday, December 16, 2010 at 9:15 a.m.** to establish a scheduling order for the remainder of the case. Counsel for Plaintiffs is directed to initiate/setup this telephone conference and connect chambers (267-299-7790) when all attorneys are on the line.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE